FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0336

_____

MARY E. VanBUSKIRK and ROGER A.
BARBER,

      Plaintiffs and Appellants,

    v.

PATRICIA DOW GEHLEN and RAYMOND G.
GEHLEN, Trustees, GEHLEN PATRICIA DOW
TRUST,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020